Case No. 24-10267

# In the United States Court of Appeals for the Fifth Circuit

In the Matter of Highland Capital Management, L.P.,

Debtor.

Nexpoint Advisors, L.P.; Highland Capital Management Fund Advisors, L.P.,

Appellants,

v.

Highland Capital Management, L.P.,

Appellee.

APPEAL FROM CIVIL ACTION NO. 3:22-CV-02170 IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

**CREDITOR DISCLOSURE STATEMENT**

Davor Rukavina, Esq.
Tex. Bar No. 24030781
Julian P. Vasek, Esq.
Tex. Bar No. 24070790
**MUNSCH HARDT KOPF & HARR, P.C.**
500 North Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR THE APPELLANTS**

NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. n/k/a NexPoint Asset Management, L.P., the appellants herein, hereby respond to the Clerk's directive of March 30, 2024 as follows:

1.  <u>The Debtor:</u>

    Highland Capital Management, L.P.

    > Represented by:
    >
    > PACHULSKI STANG ZIEHL & JONES LLP
    > Jeffrey N. Pomerantz
    > John A. Morris
    > 10100 Santa Monica Blvd., 13th Floor
    > Los Angeles, CA 90067
    > Telephone: (310) 277-6910
    > Facsimile: (310) 201-0760
    >
    > -- and –
    >
    > HAYWARD PLLC
    > Zachery Z. Annable
    > Melissa S. Hayward
    > 10501 N. Central Expy, Ste. 106
    > Dallas, Texas 75231
    > Tel: (972) 755-7100
    > Facsimile: (972) 755-7110

2.  <u>Creditor Committee Members:</u>

    None (Official Committee of Unsecured Creditors has been dissolved)

    Former Members:

    Redeemer Committee of Highland Crusader Fund
    Meta-e Discovery
    UBS Securities LLC and UBS AG London Branch
    Acis Capital Management, L.P.

Acis Capital Management GP, LLP

Formerly Represented By:

SIDLEY AUSTIN LLP
Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Matthew A. Clemente
Dennis M. Twomey
Alyssa Russell
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

3. <u>Any Entity That Is An Active Participant In the Proceeding</u>:

   None (other than appellants and debtor)

4. <u>Any Other Entity Known to the Declarant Whose Stock or Equity Value Could Be Substantially Affected by the Outcome of this Proceeding:</u>

   None

RESPECTFULLY SUBMITTED this 15th day of April, 2023.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
Davor Rukavina, Esq.
Tex. Bar No. 24030781
Julian P. Vasek, Esq.
Tex. Bar No. 24070790
500 North Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR THE APPELLANTS**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 15th day of April, 2024, a true and correct copy of this document was electronically served by the Court's ECF system on counsel for the appellee/respondent:

Mr. Gregory Vincent Demo: gdemo@pszjlaw.com, lcanty@pszjlaw.com

Ms. Melissa Sue Hayward: mhayward@haywardfirm.com

/s/ *Julian P. Vasek*
Julian P. Vasek, Esq.

4868-0594-0151v.1 019717.00001