No. 24-10267

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
Reorganized Debtor/Plaintiff.

## NEXPOINT ADVISORS, L.P., and

## HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,

**Appellants,**

**v.**

## HIGHLAND CAPITAL MANAGEMENT, L.P.,

**Appellee.**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Civ. Act. No. 3:22-CV-02170-S

## CREDITOR DISCLOSURE STATEMENT

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
(310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
(972) 755-7100

*Counsel for Appellee*

# BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

Appellee submits the following information:

**1.**     **The Debtor:**

Highland Capital Management, L.P.

**2.**     **The members of the creditors' committee:**

N/A (Committee dissolved as of Effective Date of Plan)

**3.**     **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

Appellants NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P.


Appellee Highland Capital Management, L.P.

**4.**     **Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:**

None

**5.**     **Counsel to the parties/entities identified in (1) – (4):**

Appellants NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P., and NexPoint Advisors, L.P

Attorneys for Appellants:
Davor Rukavina
Julian Vasek
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX 75201
214-855-7500

Appellee Highland Capital Management, L.P.

Counsel for Appellee:
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100

4886-3466-0535.2 36027.003

Dated: April 15, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:     jpomerantz@pszjlaw.com
            jmorris@pszjlaw.com
            gdemo@pszjlaw.com
            hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Appellee Highland Capital Management, L.P.*

4886-3466-0535.2 36027.003

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, the foregoing document was electronically filed using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

*/s/ Melissa S. Hayward*
Melissa S. Hayward